UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVID BURKLEO,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY P. TAYLOR, et al.,<br><br>        Defendants. | Case No. 22-cv-02509-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

    Magistrate Judge Cousins having informed the undersigned that this matter has settled, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

    This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

    **IT IS SO ORDERED**.

Dated: March 16, 2023



JON S. TIGAR
United States District Judge